UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV-15-1407-CAS (AS) | Date | September 15, 2015 |
|---|---|---|---|
| Title | Alexander D. Sammons, Petitioner v. S. Perry, Warden, Respondent. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED**

On July 15, 2015, Alexander Sammons ("Petitioner") filed a Motion for Stay and Abeyance ("Motion") and an accompanying "Petition for Writ of Habeas Corpus" ("Petition").[1] (Docket Entry No. 1). On July 21, 2015, after screening the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, the Court determined, *inter alia*, that the Petition was not on the proper Central District of California Form and that, based on the caption, Petitioner may have intended to file the Petition in the San Bernardino County Superior Court. (Docket Entry No. 3.) Accordingly, the Court issued an Order denying Petitioner's motion for a Stay without prejudice and ordered Petitioner to file a First Amended Petition no later than August 11, 2015 if he wished to pursue relief in federal Court. Id. at 4.

Petitioner was expressly advised that his "failure to comply [with the Court's Order] may result in a recommendation that [the Petition] be dismissed for failure to comply with the Court's Order and/or for failure to prosecute pursuant to Fed.R.Civ.P. 41(b). " Id. at 5.

As of today, however, Petitioner has failed to respond to the Court's July 21, 2015 Order or otherwise indicate how he wishes to proceed with his Petition.

Therefore Petitioner is **ORDERED TO SHOW CAUSE**, within **thirty (30) days** of the date of this Order, or **no later than October 15, 2015**, why this action should not be dismissed for failure to prosecute pursuant to Fed.R.Civ.P. 41(b). Petitioner may discharge this Order by filing a First Amended Petition that complies with the Court's July 21, 2015 Order or other Response indicating how he wishes to proceed with the Petition.

---

[1]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV-15-1407-CAS (AS) | Date | September 15, 2015 |
|---|---|---|---|
| Title | Alexander D. Sammons, Petitioner v. S. Perry, Warden, Respondent. | | |

    Petitioner may also request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). <u>A Notice of Dismissal form is attached for Petitioner's convenience</u>. However, Petitioner is advised that any dismissed claims may be later subject to the statute of limitations under 28 U.S.C. § 2244(d)(1), as amended by AEDPA, which provides that "[a] 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State Court."

    **Petitioner is expressly warned that the failure to timely file a response to his Order will result in a recommendation that this action be dismissed with prejudice for his failure to comply with Court orders and failure to prosecute. <u>See</u> Fed.R. Civ. P. 41(b).**

    The Clerk of the Court is directed to serve a copy of this Order on Petitioner at his current address of record.