1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

ALEXANDER D. SAMMONS,          )    NO. ED CV 15-01407-CAS (AS)

11                                                  )

                        Petitioner,          )

12                                                  )    **ORDER ACCEPTING FINDINGS,**

             v.                                  )

13                                                  )    **CONCLUSIONS AND RECOMMENDATIONS OF**

S. PERRY, Warden,                         )

14                                                  )    **UNITED STATES MAGISTRATE JUDGE**

                        Respondent.          )

15                                                  )

16 _____ )

17

18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19 Petition, all of the records herein and the attached Report and

20 Recommendation of United States Magistrate Judge to which no objections

21 were filed.  The Court accepts and adopts the Magistrate Judge's Report

22 and Recommendation.

23

24        IT IS ORDERED that Judgment be entered denying and dismissing the

25 Petition without prejudice.

26 ///

27 ///

28

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2 the Magistrate Judge's Report and Recommendation and the Judgment herein

3 on counsel for Petitioner and counsel for Respondent.

4

5     LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7     DATED: March 1, 2016.

8

9

10    _____

11           CHRISTINA A. SNYDER
          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2