# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER D. SAMMONS,<br><br>        Petitioner,<br><br>    v.<br><br>S. PERRY, Warden,<br><br>        Respondent. | NO. ED CV 15-01407-CAS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 1, 2016.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE